

# Fourth Court of Appeals
## San Antonio, Texas

Friday, March 13, 2015

No. 04-14-00787-CR

Matthew O. **ARANDA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2011CR2070
Honorable Pat Priest, Judge Presiding

## O R D E R

On March 10, 2015, attorney Kristen Jernigan moved to substitute herself as retained counsel of record in lieu of court-appointed counsel David McLane. The motion failed to indicate that the motion had been delivered to Appellant as required. *See* TEX. R. APP. P. 6.5(b), (d).

On March 11, 2015, Ms. Jernigan filed an amended motion for substitution of counsel that states she delivered a copy of the motion to Appellant by certified mail. *See id.* R. 6.5(b).

The March 10, 2015 motion is DENIED; the March 11, 2015 motion is GRANTED.

We DIRECT the clerk of this court to update this court's records to show Appellant's new attorney of record in this appeal.

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of March, 2015.

_____
Keith E. Hottle
Clerk of Court